# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

NHUAN THI NGUYEN, surviving next of )
kin of Thai Nguyen, deceased, )
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　)
vs. ) Case No. CIV-17-44-W
　　　　　　　　　　　　　　　　　　)
ARORA ENTERPRISE, INC., TOTAL )
QUALITY LOGISTICS, LLC, d/b/a )
TQL, and GURINDER PAL SINGH )
　　　　　　　　　　　　　　　　　　)
　　　　　Defendants. )

## NOTICE OF REMOVAL

　　　　The Defendant, Arora Enterprises, Inc., hereby removes Case No. CJ-2016-582 from the District Court for Canadian County, State of Oklahoma, to the United States District Court for the Western District of Oklahoma pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, and as grounds for its removal would show the Court as follows:

### *The Removed Case*

　　　　1.　　On October 27, 2016, the above entitled case entitled *Nhuan Thi Nguyen, surviving next of kin of Thai Nguyen, deceased v. Arora Entrerprise, Inc., Total Quality Logistics, LLC d/b/a TQL, and Gurindar Pal Singh, Case No. 2016-582* was filed in the District Court for Canadian County, State of Oklahoma. A copy of the Original Petition setting forth Plaintiff's claims for relief against all Defendants is attached as Exhibit 1.

　　　　2.　　Defendant Arora was served on December 22, 2016. A copy of the email from Plaintiff's counsel indicating service on Defendant Arora is attached as Exhibit 2.

3. Plaintiff maintains a cause of action against all Defendant Singh for allegedly negligently causing personal injury to Plaintiff's decedent in a motor vehicle accident and a cause of action against Defendant TQL for allegedly negligently brokering a load to Singh's employer, Defendant Arora. On the face of his Original Petition, Plaintiff demands actual damages for personal injury and punitive damages from Defendants in excess of $75,000 (exclusive of interest and costs). (Ex. 1).

### *The Parties*

4. To the best of Defendant Arora's knowledge and belief, Plaintiff's decedent Thai Nguyen was a resident of the State of Missouri.

5. Defendant Arora is incorporated in the state of California, and its principal place of business is located in California.

6. Defendant Singh is a citizen of the state of California.

7. Defendant Total Quality Logistics is incorporated in the state of Ohio, and its principal place of business is located in Cincinnati, Ohio.

### *Jurisdiction & Venue*

8. This Court has original jurisdiction over this case under 28 U.S.C. § 1332(a) because the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs and the case is between citizens of different states. Accordingly, this action may be removed by Arora pursuant to 28 U.S.C. § 1441(a).

9. This Notice of Removal is filed in this Court within 30 days after December 22, 2016, the date Defendant Arora was served with a copy of Plaintiff's

Original Petition, which is the initial pleading setting forth the claim for relief upon which this Removal is based.

10. Venue is proper in this Court under 28 U.S.C. § 1441(a) because the District Court of Canadian County, State of Oklahoma, is within the United States District for the Western District of Oklahoma.

### *Documents to Be Filed*

11. Pursuant to LCvR 81.2, copies of all documents filed or served in the removed case are attached hereto as Exhibits 3-10, and a copy of the state court docket sheet is attached hereto as Exhibit 11. Additionally, pursuant to LCvR 81.1 a Jury Trial Demand is filed simultaneously herewith.

**WHEREFORE**, Defendant Arora respectfully requests that this action be removed to this Court for further proceedings.

Dated this 13th day of January, 2017.

Respectfully submitted,

By  /s/ *Michael J. O'Malley*
Jason Goodnight, OBA #19106
Michael J. O'Malley, OBA #22252
FRANDEN, FARRIS, QUILLIN
  GOODNIGHT & ROBERTS
Williams Center Tower II
Two West Second Street, Suite 900
Tulsa, OK  74103-3101
918/583-7129
918/584-3814 FAX
jgoodnight@tulsalawyer.com
momalley@tulsalawyer.com

*Attorneys for Defendants, Arora Enterprise, Inc., Total Quality Logistics, LLC d/b/a TQL, and Gurinder Pal Singh*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

T. Luke Abel
Kelly S. Bishop
Abel Law Firm
The White House
900 N.E. 63rd Street
Oklahoma City, OK 73105
***Attorneys for Plaintiff***

      /s/ *Michael J. O'Malley*