UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

# A D R   REPORT
File Electronically at ADR Documents - ADR Report by Mediator/ Evaluator

---

**Case Number and Name:** CIV - 17-44-W: Nguyen Estate v. Arora Enterprises, Inc., et al.

**Name of Mediator or Evaluator:** Steven L. Barghols

**TYPE OF ADR:** (check one)   ✓ Mediation   ___ Early Neutral Evaluation

**ADR Session Held or to be Held (date):** 8/9/2017

**Additional Session Held, if any (date):**

**Results of Referral to ADR:**

- ___ Case settled **before** ADR
- ___ Case did **not** settle
- ___ Case settled **at** ADR session
- ___ Case will not be heard - Reason:
- ___ Case settled in part - Explain
- ✓ Other: Case settled day after mediation

✓ Counsel were requested to notify court if case settled or settled in part and to file the appropriate pleadings.

Did neutral serve pro bono?   ___ yes or   ✓ no  (check one).

Status of litigation when ADR occurred (e.g. ___TRO, ___pre-discovery, ✓ partial discovery, ___full discovery, ___Trial preparation commenced, ___other _____ (check one)

Length of ADR session: 5.5 hours

Dated: 8/14/2017

s/ Steven L. Barghols              Or    s/ _____
Mediator/Evaluator (Attorney Bar # 511)    Mediator (Non-attorney - I certify that I have the signed original of this document, which is available for inspection at any time by the Court or a party to this action.)

(ATTENTION NEUTRAL: This form is to be **FILED ELECTRONICALLY** by the neutral **immediately** upon the conclusion of the ADR. This form must be completed and filed even if the session did not occur or the neutral is serving privately for any case pending in this Court. Additional forms may be retrieved from the Court's website at www.okwd.uscourts.gov).

**ONLY THE NEUTRAL IS TO FILE THIS FORM**
Any Notes or other information concerning this case that is not to be filed, please send separately to ADR ADMINISTRATOR % Court Clerk, U.S. Courthouse, Room 1210, 200 N. W. 4th Street, Oklahoma City, OK 73102.

Rev. 5/1/04